IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STUART FINFER,

    Plaintiff,                    3:16-cv-00641-HDM-VPC

  vs.                              ORDER

CITY OF RENO,

    Defendant.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Gloria Navarro for reassignment

    It is so Ordered.

    Dated this 10th day of November, 2016.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE