## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STUART FINFER, | ) | 3:16-CV-0641-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 27, 2017 |
| | ) | |
| CITY OF RENO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN        **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendant's motion to stay discovery (ECF No. 24).  Plaintiff opposed the motion (ECF No. 25), and defendant replied (ECF No. 26).  For good cause appearing,

**IT IS ORDERED** that defendant's motion to stay discovery (ECF No. 24) is **GRANTED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:           /s/
Deputy Clerk